IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RANDY C. WILLIAMS                                                    PLAINTIFF

V.                                              CIVIL ACTION NO. 4:20-CV-00077-DMB-DAS

LEE SIMON, et al.                                                    DEFENDANTS

<u>ORDER</u>

Plaintiff Randy C. Williams, proceeding *pro se*, filed the instant action challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* ("IFP") in this action. Upon due consideration, the Court finds that Plaintiff's application for leave to proceed IFP is incomplete.

Under 28 U.S.C. § 1915(a)(2), the plaintiff must "submit a certified copy of the trust fund account statement [] for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ." In moving to proceed IFP, Plaintiff submitted only an application in which he states that he is not employed, does not receive any income, and does not own any property. Plaintiff, however, failed to submit a certified copy of his inmate account. Thus, his application does not comply with the statute's requirements.

Accordingly, Plaintiff is directed to submit a certified copy of his inmate account information "for the 6-month period immediately preceding the filing of [his] complaint" within twenty-one (21) days from the date of this order. Plaintiff's failure to do so may result in dismissal of this action.

**SO ORDERED**, this the 6th day of May, 2020.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE